IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SKYWARD SPECIALTY INSURANCE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRECISION RISK MANAGEMENT, INC., and DYNAN & ASSOCIATES, P.S., <br><br> Defendant. | Case No. 3:21-cv-05553-BHS <br><br> **SKYWARD SPECIALTY INSURANCE GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT** |

SKYWARD'S CORPORATE DISCLOSURE STATEMENT
Case No.: 3:21-cv-05553-BHS - 1

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4844-4794-8021 .v1

TO THE CLERK OF THE COURT:

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Plaintiff Skyward Specialty Insurance Group, Inc. ("Skyward"), by and through its attorneys of record, hereby submit the following disclosure statement:

Plaintiff Skyward is a Delaware stock company. The Westaim Corporation, a publicly traded Canadian investment company, owns more than 10% of the stock in Skyward Specialty Insurance Group, Inc.

DATED: August 18, 2021

By:   */s/ Justin Landreth*
Justin Landreth, WSBA #44849
SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
Telephone: 206.447.6461
Facsimile: 206.588.4185
jlandreth@selmanlaw.com
*Attorneys for Plaintiff Skyward Specialty Insurance Group, Inc.*

SKYWARD'S CORPORATE DISCLOSURE STATEMENT
Case No.: 3:21-cv-05553-BHS - 2

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4844-4794-8021 .v1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2021, I electronically filed the foregoing SKYWARD SPECIALTY INSURANCE GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

DATED this 18th day of August, 2021.

*/s/ Emily Rose*
Emily Rose

SKYWARD'S CORPORATE DISCLOSURE STATEMENT
Case No.: 3:21-cv-05553-BHS - 3

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4844-4794-8021 .v1