1
2
3
4
5
6
7                                                          **The Honorable Benjamin H. Settle**

8                      IN THE UNITED STATES DISTRICT COURT

9                         WESTERN DISTRICT OF WASHINGTON

10                                       AT TACOMA

| | |
|---|---|
| SKYWARD SPECIALTY INSURANCE GROUP, INC., | Case No. 3:21-cv-05553 |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL |
| v. | |
| PRECISION RISK MANAGEMENT, INC., AND DYNAN & ASSOCIATES, P.S., | |
| Defendants. | |

This matter having come before the Court on Plaintiff Skyward Specialty Insurance Group, Inc. and Defendant Dynan & Associates, P.S Motion to File Confidential Documents Under Seal, IT IS HEREBY ORDERED, ADJUDGED and DECREED:

| Ex. # | Description of Exhibit | Documents Ordered to be Filed Under Seal |
|---|---|---|
| A | Settlement Agreement between Skyward and Dynan. | |

---

JOINT MOTION TO FILE CONFIDENTIAL
DOCUMENTS UNDER SEAL Case No.: 3:21-cv-
05553 - 1

SELMAN BREITMAN LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4853-7000-1721 .v4

IT IS SO ORDERED

DATED this 21st day of October, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented By:

SELMAN BREITMAN LLP

By: */s/ Justin Landreth*
   Justin Landreth, WSBA# 44849
   SELMAN BREITMAN LLP
   600 University Street, Suite 1800
   Seattle, WA 98101-4129
   Telephone: 206.447.6461
   Facsimile: 206.588.4185
   jlandreth@selmanlaw.com

*Attorneys for Plaintiff Skyward Insurance Company*

Approved By:
GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Neal J. Philip* (signed by Justin Landreth with permission)
   Neal J. Philip, WSBA #22350
   Daniel O. Culicover, WSBA #55085
   GORDON REES SCULLY MANSUKHANI, LLP
   701 Fifth Avenue, Suite 2100
   Seattle, WA 98104
   Phone: (206) 695-5100
   Facsimile: (206) 689-2822
   nphilip@grsm.com
   dculicover@grsm.com

*Attorneys For Defendant Dynan & Associates*

JOINT STIPULATED MOTION TO FILE
CONFIDENTIAL DOCUMENTS UNDER SEAL
Case No.: 3:21-cv-05553 - 2

SELMAN BREITMAN LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4853-7000-1721 .v4