1

2

3

4

5

6

7                                                                    **The Honorable Benjamin H. Settle**

8                            IN THE UNITED STATES DISTRICT COURT

9                            WESTERN DISTRICT OF WASHINGTON

10                                          AT SEATTLE

11   SKYWARD SPECIALTY INSURANCE          Case No. 3:21-cv-05553-BHS
     GROUP, INC.,
12
                  Plaintiff,              PLAINTIFF SKYWARD SPECIALTY
13                                        INSURANCE COMPANY'S STIPULATED
            v.                            MOTION FOR CHANGE OF COUNSEL
14                                        FIRM AFFILIATION AND [PROPOSED]
     PRECISION RISK MANAGEMENT, INC.,     ORDER
15   AND DYNAN & ASSOCIATES, P.S.

16                Defendants.

17

18         TO:          THE CLERK OF THE COURT

19         AND TO:      ALL PARTIES OF RECORD

20         Plaintiff Skyward Specialty Insurance Company ("Skyward"), provides notice that Justin

21   Landreth, counsel for Skyward in the above-captioned matter, changed firm affiliation, effective

22   January 1, 2023.  As this change results in the termination of one law office and the appearance

23   of a new law office, Skyward presents this stipulated motion pursuant to LCR 83.2 (b)(1) and

24   (2).

25         You are requested to serve all further pleadings, notices, documents or other papers,

26   exclusive of original process upon Plaintiff Skyward Specialty Insurance Company by serving its

---

SKYWARD SPECIALTY STIP MTN FOR CHANGE              SELMAN LEICHENGER EDSON
OF COUNSEL FIRM AFFILIATION AND PO                 HSU NEWMAN & MOORE LLP
Case No.: 3:21-cv-05553-BHS - 1                    600 University Street, Suite 2305
                                                   Seattle, WA 98101-4129
                                                   T: 206.447.6461  F: 206.588.4185

1481 100063 4877-151-2521 .v1

1  attorneys at their new firm as follows:

2
3  Justin Landreth
   SELMAN, LEICHENGER EDSON
   HSU NEWMAN & MOORE LLP
4  600 University Street, Suite 2305
   Seattle, WA 98101
5  jlandreth@selmanlaw.com

6  Skyward and Defendants hereby stipulate that Skyward's counsel Justin has changed his

7  firm affiliation, effective January 1, 2023, as described above.

8

9  DATED:  January 12, 2023

10

11                                              By:  /s/ Justin Landreth
                                                    Justin Landreth, WSBA# 44849
                                                    SELMAN LEICHENGER EDSON HSU
12                                                  NEWMAN & MOORE LLP
                                                    600 University Street, Suite 2305
13                                                  Seattle, WA 98101-4129
                                                    Telephone: 206.447.6461
14                                                  Facsimile: 206.588.4185
                                                    jlandreth@selmanlaw.com
15                                              Attorneys for Plaintiff SKYWARD
                                                SPECIALTY INSURANCE GROUP, INC.
16

17

18                                              By:  /s/ Neal J. Philip (signed by Justin Landreth
                                                    with permission)
19                                                  Neal J. Philip, WSBA #22350
                                                    Daniel O. Culicover, WSBA #55085
20                                                  GORDON REES SCULLY
                                                    MANSUKHANI, LLP
21                                                  701 Fifth Avenue, Suite 2100
                                                    Seattle, WA 98104
22                                                  Phone: (206) 695-5100
                                                    Facsimile: (206) 689-2822
23                                                  nphilip@grsm.com
                                                    dculicover@grsm.com
24                                              Attorneys for Defendant DYNAN &
                                                ASSOCIATES
25

26

---

SKYWARD SPECIALTY STIP MTN FOR CHANGE          SELMAN LEICHENGER EDSON
OF COUNSEL FIRM AFFILIATION AND PO             HSU NEWMAN & MOORE LLP
Case No.: 3:21-cv-05553-BHS - 2                600 University Street, Suite 2305
                                               Seattle, WA 98101-4129
                                               T: 206.447.6461  F: 206.588.4185

1481 100063 4877-151-2521 .v1

1

## **ORDER**

2      Pursuant to Stipulation, IT IS SO ORDERED.  Plaintiff Skyward's counsel, Justin

3  Landreth has changed his firm affiliation, effective January 1, 2023 to the following firm:

4

5  SELMAN LEICHENGER EDSON,
   HSU NEWMAN & MOORE LLP
6  600 University Street, Suite 2305
   Seattle, WA 98101
7  jlandreth@selmanlaw.com

8

9      DATED this _____ day of _____, 2023.

10

11                              _____

12                              THE HONORABLE BENJAMIN H. SETTLE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SKYWARD SPECIALTY STIP MTN FOR CHANGE                    SELMAN LEICHENGER EDSON
OF COUNSEL FIRM AFFILIATION AND PO                       HSU NEWMAN & MOORE LLP
Case No.: 3:21-cv-05553-BHS - 3                          600 University Street, Suite 2305
                                                         Seattle, WA 98101-4129
                                                         T: 206.447.6461  F: 206.588.4185

1481 100063 4877-151 -2521 .v1

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on January 12, 2023, I electronically filed the foregoing PLAINTIFF

3  SKYWARD SPECIALTY INSURANCE COMPANY'S STIPULATED MOTION FOR

4  CHANGE OF COUNSEL FIRM AFFILIATION AND [PROPOSED] ORDER with the Clerk of

5  the Court using the CM/ECF system, which will send notification of the filing to all counsel of

6  record who receive CM/ECF notification.

7    I further certify that on January 12, 2023, I served a copy of the foregoing on:

8

| | |
|---|---|
| ***Attorneys for Defendant Precision Risk Management Inc.*** <br> Jeffrey D. Laveson <br> CARNEY BADLEY SPELLMAN PS <br> 701 Fifth Avenue, Suite 3600 <br> Seattle, WA 98104 <br> laveson@carneylaw.com | ☒   E-Mail <br><br> ☐   U.S. Mail |
| ***Attorneys for Defendant Dynan & Associates PS*** <br> Neal J. Philip <br> GORDON REES SCULLY MANSUKHANI LLP <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, WA 98104 <br> nphilip@grsm.com <br> cmundy@grsm.com <br> dculicover@grsm.com <br> keihn@carneylaw.com | ☒   E-Mail <br><br> ☐   U.S. Mail |
| ***Plaintiff Skyward Specialty Insurance Group, Inc.*** <br> Heather Arias <br> Vice President Claims Legal Counsel <br> Skyward Specialty Insurance <br> harias@skywardinsurance.com | ☒   E-Mail <br><br> ☐   U.S. Mail |

22

23    DATED this 12th day of January, 2023.

24

25                                        /s/ Emily Rose
                                         Emily Rose
                                         erose@selmanlaw.com

26

---

SKYWARD SPECIALTY STIP MTN FOR CHANGE
OF COUNSEL FIRM AFFILIATION AND PO
Case No.: 3:21-cv-05553-BHS - 4

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4877-151-2521 .v1