**The Honorable Benjamin H. Settle**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SKYWARD SPECIALTY INSURANCE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRECISION RISK MANAGEMENT, INC., AND DYNAN & ASSOCIATES, P.S. <br><br> Defendants. | Case No. 3:21-cv-05553-BHS <br><br> PLAINTIFF SKYWARD SPECIALTY INSURANCE COMPANY'S STIPULATED MOTION FOR CHANGE OF COUNSEL FIRM AFFILIATION AND ORDER |

TO:            THE CLERK OF THE COURT

AND TO:    ALL PARTIES OF RECORD

Plaintiff Skyward Specialty Insurance Company ("Skyward"), provides notice that Justin Landreth, counsel for Skyward in the above-captioned matter, changed firm affiliation, effective January 1, 2023.  As this change results in the termination of one law office and the appearance of a new law office, Skyward presents this stipulated motion pursuant to LCR 83.2 (b)(1) and (2).

You are requested to serve all further pleadings, notices, documents or other papers, exclusive of original process upon Plaintiff Skyward Specialty Insurance Company by serving its

SKYWARD SPECIALTY STIP MTN FOR CHANGE OF COUNSEL FIRM AFFILIATION  
Case No.: 3:21-cv-05553-BHS - 1

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP  
600 University Street, Suite 2305  
Seattle, WA 98101-4129  
T: 206.447.6461  F: 206.588.4185

1481 100063 4877-151-2521 .v1

attorneys at their new firm as follows:

    Justin Landreth
    SELMAN, LEICHENGER EDSON
    HSU NEWMAN & MOORE LLP
    600 University Street, Suite 2305
    Seattle, WA 98101
    jlandreth@selmanlaw.com

Skyward and Defendants hereby stipulate that Skyward's counsel Justin has changed his firm affiliation, effective January 1, 2023, as described above.

DATED:  January 12, 2023

    By: _/s/ Justin Landreth_
    Justin Landreth, WSBA# 44849
    SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
    600 University Street, Suite 2305
    Seattle, WA 98101-4129
    Telephone: 206.447.6461
    Facsimile: 206.588.4185
    jlandreth@selmanlaw.com
    Attorneys for Plaintiff SKYWARD SPECIALTY INSURANCE GROUP, INC.

    By: _/s/ Neal J. Philip (signed by Justin Landreth with permission)_
    Neal J. Philip, WSBA #22350
    Daniel O. Culicover, WSBA #55085
    GORDON REES SCULLY MANSUKHANI, LLP
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5100
    Facsimile: (206) 689-2822
    nphilip@grsm.com
    dculicover@grsm.com
    Attorneys for Defendant DYNAN & ASSOCIATES

SKYWARD SPECIALTY STIP MTN FOR CHANGE OF COUNSEL FIRM AFFILIATION
Case No.: 3:21-cv-05553-BHS - 2

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4877-151-2521 .v1

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.  Plaintiff Skyward's counsel, Justin Landreth has changed his firm affiliation, effective January 1, 2023 to the following firm:

SELMAN LEICHENGER EDSON,
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
jlandreth@selmanlaw.com

DATED this 13th day of January, 2023.

BENJAMIN H. SETTLE
United States District Judge

SKYWARD SPECIALTY STIP MTN FOR CHANGE
OF COUNSEL FIRM AFFILIATION
Case No.: 3:21-cv-05553-BHS - 3

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4877-1511-2521 .v1

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2023, I electronically filed the foregoing PLAINTIFF SKYWARD SPECIALTY INSURANCE COMPANY'S STIPULATED MOTION FOR CHANGE OF COUNSEL FIRM AFFILIATION AND [PROPOSED] ORDER with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

I further certify that on January 12, 2023, I served a copy of the foregoing on:

| | |
|---|---|
| ***Attorneys for Defendant Precision Risk Management Inc.***<br>Jeffrey D. Laveson<br>CARNEY BADLEY SPELLMAN PS<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>laveson@carneylaw.com | ☒  E-Mail<br><br>☐  U.S. Mail |
| ***Attorneys for Defendant Dynan & Associates PS***<br>Neal J. Philip<br>GORDON REES SCULLY MANSUKHANI LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>nphilip@grsm.com<br>cmundy@grsm.com<br>dculicover@grsm.com<br>keihn@carneylaw.com | ☒  E-Mail<br><br>☐  U.S. Mail |
| ***Plaintiff Skyward Specialty Insurance Group, Inc.***<br>Heather Arias<br>Vice President Claims Legal Counsel<br>Skyward Specialty Insurance<br>harias@skywardinsurance.com | ☒  E-Mail<br><br>☐  U.S. Mail |

DATED this 12th day of January, 2023.

*/s/ Emily Rose*
Emily Rose
erose@selmanlaw.com

SKYWARD SPECIALTY STIP MTN FOR CHANGE
OF COUNSEL FIRM AFFILIATION
Case No.: 3:21-cv-05553-BHS - 4

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4877-1511-2521 .v1