**The Honorable Benjamin H. Settle**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| SKYWARD SPECIALTY INSURANCE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DYNAN & ASSOCIATES, P.S. <br><br> Defendants. | Case No. 3:21-cv-05553-BHS <br><br> STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL <br><br> (CLERK'S ACTION REQUIRED) |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Skyward Specialty Insurance Company ("Skyward"), by and through their undersigned counsel, and Defendant Dynan & Associates, P.S. ("Dynan"), by and through their undersigned counsel, that pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, the above-referenced action, including all claims by and against each party, should be DISMISSED with prejudice and without fees and costs awarded to any party.

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
Case No.: 3:21-cv-05553-BHS - 1

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4891-2109-9854 .v2

STIPULATED, DATED, AND RESPECTFULLY SUBMITTED this 6th day of February 2023.

**SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP**

By: /s/ Justin Landreth
Justin Landreth, WSBA# 44849
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
Telephone: 206.447.6461
Facsimile: 206.588.4185
jlandreth@selmanlaw.com
Attorneys for Plaintiff SKYWARD SPECIALTY INSURANCE GROUP, INC.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ Daniel O. Culicover (signed by Justin Landreth with permission)
Neal J. Philip, WSBA #22350
Daniel O. Culicover, WSBA #55085
GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Facsimile: (206) 689-2822
nphilip@grsm.com
dculicover@grsm.com
Attorneys for Defendant DYNAN & ASSOCIATES

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
Case No.: 3:21-cv-05553-BHS - 2

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4891-2109-9854 .v2

**ORDER**

The parties having so stipulated and agreed, it is hereby ORDERED that the above-referenced action is hereby DISMISSED with prejudice and without fees and costs awarded to any party.

DATED this _____ day of _____, 2023.

_____
THE HONORABLE BENJAMIN H. SETTLE

Presented by:

By: */s/ Justin Landreth*
Justin Landreth, WSBA# 44849
SELMAN LEICHENGER EDSON HSU
NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
Telephone: 206.447.6461
Facsimile: 206.588.4185
jlandreth@selmanlaw.com
Attorneys for Plaintiff SKYWARD SPECIALTY INSURANCE GROUP, INC.

By: */s/ Daniel O. Culicover* (signed by Justin Landreth with permission)
Neal J. Philip, WSBA #22350
Daniel O. Culicover, WSBA #55085
GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Facsimile: (206) 689-2822
nphilip@grsm.com
dculicover@grsm.com
Attorneys for Defendant DYNAN & ASSOCIATES

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
Case No.: 3:21-cv-05553-BHS - 3

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4891-2109-9854 .v2

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

I further certify that on January 12, 2023, I served a copy of the foregoing on:

| | |
|---|---|
| ***Attorneys for Defendant Dynan & Associates PS***<br>Neal J. Philip<br>GORDON REES SCULLY MANSUKHANI LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>nphilip@grsm.com<br>cmundy@grsm.com<br>dculicover@grsm.com<br>keihn@carneylaw.com | ☒ E-Mail<br><br>☐ U.S. Mail |

DATED this 6th day of February, 2023.

*/s/ Emily Rose*
Emily Rose
erose@selmanlaw.com

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461 F: 206.588.4185