1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**The Honorable Benjamin H. Settle**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| SKYWARD SPECIALTY INSURANCE GROUP, INC., | Case No. 3:21-cv-05553-BHS |
| Plaintiff, | STIPULATED MOTION AND ORDER OF DISMISSAL |
| v. | (CLERK'S ACTION REQUIRED) |
| DYNAN & ASSOCIATES, P.S. | |
| Defendants. | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Skyward
Specialty Insurance Company ("Skyward"), by and through their undersigned counsel, and
Defendant Dynan & Associates, P.S. ("Dynan"), by and through their undersigned counsel, that
pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, the above-referenced action,
including all claims by and against each party, should be DISMISSED with prejudice and
without fees and costs awarded to any party.

STIPULATED MOTION AND ORDER OF
DISMISSAL
Case No.: 3:21-cv-05553-BHS - 1

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1    STIPULATED, DATED, AND RESPECTFULLY SUBMITTED this 6th day of February

2    2023.

3                                          SELMAN LEICHENGER EDSON HSU
                                           NEWMAN & MOORE LLP
4

5

6                                          By:   /s/ Justin Landreth
                                                Justin Landreth, WSBA# 44849
7                                               SELMAN LEICHENGER EDSON HSU
                                                NEWMAN & MOORE LLP
8                                               600 University Street, Suite 2305
                                                Seattle, WA 98101-4129
9                                               Telephone: 206.447.6461
                                                Facsimile: 206.588.4185
10                                              jlandreth@selmanlaw.com
                                           Attorneys for Plaintiff SKYWARD SPECIALTY
11                                         INSURANCE GROUP, INC.

12

13                                         **GORDON REES SCULLY MANSUKHANI, LLP**

14

15                                         By:   /s/ Daniel O. Culicover (signed by Justin Landreth
16                                              with permission)
                                                Neal J. Philip, WSBA #22350
17                                              Daniel O. Culicover, WSBA #55085
                                                GORDON REES SCULLY MANSUKHANI, LLP
18                                              701 Fifth Avenue, Suite 2100
                                                Seattle, WA 98104
19                                              Phone: (206) 695-5100
                                                Facsimile: (206) 689-2822
20                                              nphilip@grsm.com
                                                dculicover@grsm.com
21                                         Attorneys for Defendant DYNAN & ASSOCIATES

22

23

24

25

26

STIPULATED MOTION AND ORDER OF                          SELMAN LEICHENGER EDSON
DISMISSAL                                               HSU NEWMAN & MOORE LLP
Case No.: 3:21-cv-05553-BHS - 2                         600 University Street, Suite 2305
                                                        Seattle, WA 98101-4129
                                                        T: 206.447.6461  F: 206.588.4185

1481 100063 4891-2109-9854 .v2

**ORDER**

The parties having so stipulated and agreed, it is hereby ORDERED that the above-referenced action is hereby DISMISSED with prejudice and without fees and costs awarded to any party.

DATED this 7th day of February, 2023.

_____

BENJAMIN H. SETTLE
United States District Judge

Presented by:

By: __/s/ Justin Landreth_____
   Justin Landreth, WSBA# 44849
   SELMAN LEICHENGER EDSON HSU
   NEWMAN & MOORE LLP
   600 University Street, Suite 2305
   Seattle, WA 98101-4129
   Telephone: 206.447.6461
   Facsimile: 206.588.4185
   jlandreth@selmanlaw.com
Attorneys for Plaintiff SKYWARD SPECIALTY
INSURANCE GROUP, INC.

By: __/s/ Daniel O. Culicover (signed by Justin Landreth
   with permission)__
   Neal J. Philip, WSBA #22350
   Daniel O. Culicover, WSBA #55085
   GORDON REES SCULLY MANSUKHANI, LLP
   701 Fifth Avenue, Suite 2100
   Seattle, WA 98104
   Phone: (206) 695-5100
   Facsimile: (206) 689-2822
   nphilip@grsm.com
   dculicover@grsm.com
Attorneys for Defendant DYNAN & ASSOCIATES

STIPULATED MOTION AND ORDER OF
DISMISSAL
Case No.: 3:21-cv-05553-BHS - 3

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4891-2104-9854 .v2

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

I further certify that on January 12, 2023, I served a copy of the foregoing on:

| | |
|---|---|
| **_Attorneys for Defendant Dynan & Associates PS_**<br>Neal J. Philip<br>GORDON REES SCULLY MANSUKHANI LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>nphilip@grsm.com<br>cmundy@grsm.com<br>dculicover@grsm.com<br>keihn@carneylaw.com | ☒    E-Mail<br><br>☐    U.S. Mail |

DATED this 6th day of February, 2023.

/s/ Emily Rose
Emily Rose
erose@selmanlaw.com

STIPULATED MOTION AND ORDER OF
DISMISSAL
Case No.: 3:21-cv-05553-BHS - 4

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1481 100063 4891-2109-9854 .v2